GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel  (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VELIZ;<br><br>          Plaintiff,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the STATE OF NEVADA; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>          Defendants. | **CASE NO. 2:12-cv-02150-JCM-NJK**<br><br>**PLAINTIFFS' REQUEST TO VACATE THE ENE AS THIS MATTER HAS BEEN RESOLVED** |

### PLAINTIFFS' REQUEST TO VACATE THE ENE AS THIS MATTER HAS BEEN RESOLVED

Comes Now Plaintiff Francisco Veliz ("Plaintiff" or "Veliz") by and through his attorney Christian Gabroy of Gabroy Law Offices and hereby files this Request.

This matter has been resolved between Plaintiff and Defendant Clark County School District and the parties are working on completing the settlement documents Thus, the parties request that the Early Neutral Evaluation be removed from the calendar.

DATED this _6th_ day of March 2013.

                                              GABROY LAW OFFICES

                           By        _____/s/_____
                                        CHRISTIAN GABROY
                                        The District at Green Valley Ranch
                                        170 South Green Valley Parkway, Suite 280
                                        Henderson, Nevada 89012
                                        Tel   (702) 259-7777
                                        Fax   (702) 259-7704

IT IS SO ORDERED that the ENE scheduled for April 3, 2013, at 1:30 p.m., is VACATED.  The parties shall have until March 25, 2013, in which to file their Stipulation to Dismiss.

Dated this 12th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2013 I caused to be served a true and correct copy of the foregoing **Plaintiffs' Notice of Proposed Settlement** on the following person(s) by the following method(s) pursuant to FRCP 5(b):

   X    By electronic transmission per FRCP 5

by placing a true and correct copy of the above-mentioned document(s) in a sealed envelope, first class postage fully pre-paid, in the United States mail.

   A.   *BY FACSIMILE TRANSMISSION ONLY BY FAXING A TRUE AND CORRECT COPY OF THE SAME TOEACH AT THE FACSIMILE NUMBER(S) INDICATED ABOVE.*

S. Scott Greenberg, Bar #4622
Clark County School District
Office of the General Counsel
5100 West Sahara
Las Vegas, Nevada 89146
Tel:  (702) 799-5373
Fax: (702) 799-5505

*Attorney for Defendants*

_____
Christian Gabroy, Esq.