GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO VELIZ; <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the STATE OF NEVADA; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive; <br><br> Defendants. | CASE NO. 2:12-cv-02150-JCM-NJK <br><br><br> **PLAINTIFFS' REQUEST TO EXTEND THE TIME TO COMPLETE SETTLEMENT DOCUMENTS AND ENTER DISMISSAL** |

Comes Now Plaintiff Francisco Veliz ("Plaintiff" or "Veliz") by and through his attorney Christian Gabroy of Gabroy Law Offices and hereby files this Request.

This matter has been resolved between Plaintiff and Defendant Clark County School District and the parties are working on completing the settlement documents. On March 12, 2013, this Honorable Court ordered that the SAO to dismiss this action shall be filed by March 25, 2013. Dkt. 19.

Plaintiff's counsel has learned that Plaintiff is currently not only out of this jurisdiction but also out of the country. Plaintiff is planning on returning in early May.

As such, Plaintiff requests 60 days to complete the paperwork as this Court. Plaintiff's counsel will continue to attempt to get in touch with Plaintiff for the execution of the appropriate documents.

DATED this _22nd_ day of March 2013.

```
                                GABROY LAW OFFICES

                        By      _____/s/_____
                                CHRISTIAN GABROY
                                The District at Green Valley Ranch
                                170 South Green Valley Parkway,
                                Suite 280
                                Henderson, Nevada 89012
                                Tel    (702) 259-7777
                                Fax    (702) 259-7704
```

**IT IS SO ORDERED.** The parties shall have until **April 24, 2013,** in which to complete their settlement documents and file the stipulation for dismissal.

Dated this 26th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge